# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SAMUEL CHANTILIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHESAPEAKE LIFE INSURANCE COMPANY, HEALTHMARKETS, INC., MEGA LIFE AND HEALTH INSURANCE COMPANY, INGENIX, INC.,<br><br>Defendants. | Civil Action No. 3:10-CV-00039-O<br><br>COMPLAINT – CLASS ACTION |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(i) Fed.R.Civ.P., hereby dismisses his cause of action against Defendants without prejudice.

/s/ Walt D. Roper
Walt Roper
Texas SBN: 00786208
LAW OFFICES OF WALT D. ROPER, P.C.
3100 Monticello Ave., Suite 500
Dallas, Texas 75205
Telephone:   (972) 755-2525
Facsimile:   (214) 378-6670
walt@roperfirm.com

Stephen A. Swedlow
Illinois SBN: 6234550
KOREIN TILLERY
205 N. Michigan Avenue - Suite 1940
Chicago, Illinois  60601-4269
Telephone:   (312) 899-5064
Facsimile:   (312) 641-9555
sswedlow@koreintillery.com

Aaron M. Zigler
Missouri SBN: 53301
KOREIN TILLERY
One US Bank Plaza
505 N. 7th Street, Suite 3600
Saint Louis, Missouri 63101-1625
Telephone:   (314) 241-4844
Facsimile:   (314) 450-4138
azigler@koreintillery.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2010 a copy of the foregoing

   NOTICE OF DISMISSAL

was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Walt D. Roper